**Lawrence Edward STEWART, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74269.**

Missouri Court of Appeals,
Western District,

Sept. 18, 2012.

Mark Allen Grothoff, Columbia, MO, for appellant.

Jennifer Ann Wideman, Jefferson City, MO, for respondent.

Before DIV I: JAMES M. SMART, JR., P.J., LISA WHITE HARDWICK and GARY D. WITT, JJ.

PER CURIAM:

Lawrence Stewart appeals the denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).